**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1271**

EMMANUEL EDOKOBI,

        Plaintiff - Appellant,

    v.

JUDGE PAUL W. GRIMM,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge. (8:19-cv-00905-GJH)

Submitted: February 23, 2021                Decided: February 25, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Emmanuel Edokobi, Appellant Pro Se. Derek Scott Hammond, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; Alan Robert Burch, Associate General Counsel, OFFICE OF THE UNITED STATES ATTORNEY, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Edokobi appeals the district court's order denying his motion for recusal and granting Defendant's motion to dismiss his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Edokobi v. Grimm*, No. 8:19-cv-00905-GJH (D. Md. Mar. 4, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*